EGLESON *v.* MASSACHUSETTS.

No. 1335.   Decided June 2, 1969.

*John G. S. Flym* for appellant.

*Robert H. Quinn,* Attorney General of Massachusetts, *John J. Wall,* Assistant Attorney General, *Lawrence P. Cohen,* Deputy Assistant Attorney General, and *Garrett H. Byrne* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.